UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-115 JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN STERLING,<br><br>Defendant,<br><br>and<br><br>WESTCONSIN CREDIT UNION,<br><br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Kathleen Sterling, Social Security Number, XXX-XX-9882, with the last known address of XXX XXXX XXX XXXXXX, New Richmond, WI 54017.

The judgment was entered on March 31, 2000, for student loan defaults. The judgment was entered in the amount of $9,024.46, plus interest and costs.

As of November 18, 2004, after applying payments, if any, the balance on this judgment debt was $5,312.98 in principal, plus interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from November 18, 2004, at a rate of 6.19% per annum.

SCANNED
DEC 1 3 2004
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Westconsin Credit Union, 444 Broadway Street South, Menomonie, WI 54751

Dated: November 22, 2004

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600